

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00117-CR

THE STATE OF TEXAS, Appellant

V.

JORGE LOUIS VERDE, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-12-24361

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

The State has appealed the trial court's grant of Jorge Louis Verde's motion to suppress evidence. Based on the reasoning and analysis in our opinion in cause number 06-13-00115-CR, issued on even date herewith, we affirm the trial court's ruling.

Jack Carter
Justice

Date Submitted:     March 5, 2014
Date Decided:       April 23, 2014

Do Not Publish